United States Bankruptcy Court
District of Puerto Rico

In re:  
AILEEN CONDE AGUIAR  
    Debtor

Case No. 20-01123-EAG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: centenoa     Page 1 of 2  
Date Rcvd: Feb 23, 2022     Form ID: caserea     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AILEEN CONDE AGUIAR, PO BOX 6195, CAGUAS, PR 00726-6195 |
| 4830840 | | BANCO POPULAR DE PR, BANKRUPTCY DEPARTMENT, PO Box 362708, San Juan PR 00936-2708, (787) 723-0077 |
| 4823660 | | Cooperativa Oriental, PO Box 876, Humacao, PR 00792-0876 |
| 4823661 | | Island Finance, PO Box 71504, San Juan, PR 00936-8604 |
| 4823662 | | Juan A. Santos Berrios Esq., PO Box 876, Humacao, PR 00792-0876 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4823656 | | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2022 20:18:08 | American InfoSource, T-Mobile, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4823657 | | Email/Text: hildaris.burgos@popular.com | Feb 23 2022 20:03:00 | Banco Popular de Puerto Rico, Bankruptcy Department, PO Box 366818, San Juan, PR 00936-6818 |
| 4823658 | + | Email/Text: acevedom@carico.com | Feb 23 2022 20:01:00 | Carico International, 2851 W Cypress Creek Rd, Fort Lauderdale, FL 33309-1781 |
| 4823659 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2022 20:01:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 4837590 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2022 20:02:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 4823663 | | Email/Text: fblegalcounseling@firstbankpr.com | Feb 23 2022 19:59:00 | Money Express, PO Box 9146, San Juan, PR 00908-0146 |
| 4833717 | | Email/Text: fblegalcounseling@firstbankpr.com | Feb 23 2022 19:59:00 | PRESTAMAS, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION (CODE 248), PO BOX 9146 SAN JUAN PR, 00908-0146 |
| 4823664 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:02:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4828907 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4828906 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:02:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4836633 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4837760 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 20:06:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4823665 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 20:07:10 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4824388 | + Email/PDF: gecsedi@recoverycorp.com | | Feb 23 2022 20:06:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4823666 | Email/PDF: ais.tmobile.ebn@aisinfo.com | | Feb 23 2022 20:06:39 | T-Mobile, 12920 SE 38th St # Stre, Bellevue, WA 98006-1350 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEJANDRO OLIVERAS RIVERA | aorecf@ch13sju.com |
| ALEJANDRO OLIVERAS RIVERA (ENO) | on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com |
| KEVIN MIGUEL RIVERA MEDINA | on behalf of Creditor BANCO POPULAR DE PUERTO RICO kmrquiebras@gmail.com krivera@colonroman.com |
| MADELIN COLON PEREZ | on behalf of Creditor BANCO POPULAR DE PUERTO RICO mcolonquiebras@gmail.com zortiz@colonroman.com |
| MARICARMEN COLON DIAZ | on behalf of Creditor Prestamas fblegalcounseling@firstbankpr.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| ROBERTO FIGUEROA CARRASQUILLO | on behalf of Debtor AILEEN CONDE AGUIAR rfc@rfigueroalaw.com G9942@notify.cincompass.com |

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**AILEEN CONDE AGUIAR**
**aka AILEEN CONDE**

xxx–xx–9142

Debtor(s)

Case No. **20–01123 EAG**

Chapter **13**

FILED & ENTERED ON 2/23/22

*NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST*

Please take notice that the instant case has been reassigned to the Honorable Edward A. Godoy, U.S. Bankruptcy Judge.

In San Juan, Puerto Rico, this **Wednesday, February 23, 2022**.

*/s/ Wilma Jaime*
WILMA JAIME
Acting Clerk of the Court

By:*ALVIN CENTENO GONZALEZ*
Deputy Clerk